### GRAHAM v. WOOD.

*Appeal from Tama District Court — Thursday, October 8, 1863.*

EXCEPTIONS TO FINDING OF FACTS AND CONCLUSIONS OF LAW.

THE announcement of the conclusion of the court was made by —

LOWE, J.—It is unnecessary to state the facts of this case, as the record shows that the cause was tried by the court, who gave his opinion in writing upon the law of the case together with the facts as found by it, and no objection or exception was made or taken whatever to its decision. The cause comes up upon no point or exceptions taken below, and should be affirmed without further opinion.

*Struble* for the appellant — *Allen* for the appellee.